801 A.2d 1131

IN THE MATTER OF KENNETH E.
FINK AN ATTORNEY AT LAW.

July 18, 2002.

## ORDER

**KENNETH E. FINK of WILMINGTON, DELAWARE,** who was admitted to the bar of this State in 1987, having been convicted in the Superior Court of Delaware of fifteen counts of violation of Title 11, Section 1109(4) of the Delaware Code of 1974, as amended (unlawfully dealing in child pornography) and fifteen counts of violation of Title 11, Section IIII of the Delaware Code of 1974, as amended (possession of child pornography), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **KENNETH E. FINK** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **KENNETH E. FINK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **KENNETH E. FINK** comply with *Rule* 1:20–20 dealing with suspended attorneys.